

**CT Corporation**
**Service of Process Notification**
08/25/2022
CT Log Number 542190266

## Service of Process Transmittal Summary

**TO:** KIM LUNDY- EMAIL
Walmart Inc.
GLOBAL GOVERNANCE/CENTRAL INTAKE, 2914 SE I STREET MS#0200
BENTONVILLE, AR 72712-3148

**RE:** Process Served in Virginia

**FOR:** WALMART INC. (Domestic State: DE)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Re: SPAULDING DAWN // To: WALMART INC. |
| **DOCUMENT(S) SERVED:** | Summons, Complaint, Letter(s), Attachment(s) |
| **COURT/AGENCY:** | Norfolk Circuit Court, VA<br>Case # 710CL2201059200 |
| **NATURE OF ACTION:** | Personal Injury - Failure to Maintain Premises in a Safe Condition - 08/15/2020, Walmart Facility No. 3644 located at 201 Hillcrest Parkway, Chesapeake, Virginia, 23322 |
| **PROCESS SERVED ON:** | C T Corporation System, Glen Allen, VA |
| **DATE/METHOD OF SERVICE:** | By Process Server on 08/25/2022 at 12:12 |
| **JURISDICTION SERVED:** | Virginia |
| **APPEARANCE OR ANSWER DUE:** | Within 21 days after such service |
| **ATTORNEY(S)/SENDER(S):** | Charles L. Bashara<br>Bashara And Hubbard, PLC<br>414 West Bute Street<br>Norfolk, VA 23510<br>757-622-2675 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 08/25/2022, Expected Purge Date: 09/04/2022<br><br>Image SOP |
| **REGISTERED AGENT CONTACT:** | CT Corporation System<br>4701 Cox Road<br>Suite 285<br>Glen Allen, VA 23060<br>877-564-7529<br>MajorAccountTeam2@wolterskluwer.com |

**EXHIBIT**
tabbies
4

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. CT



**CT Corporation**
**Service of Process Notification**
08/25/2022
CT Log Number 542190266

disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.

 Wolters Kluwer

## PROCESS SERVER DELIVERY DETAILS

**Date:** Thu, Aug 25, 2022
**Server Name:** Drop Service -Deputy Cone

| Entity Served | WALMART INC. |
|---|---|
| Case Number | 710CL2201059200 |
| Jurisdiction | VA |

| Inserts |
|---|



# COMMONWEALTH OF VIRGINIA



NORFOLK CIRCUIT COURT
Civil Division
150 ST. PAUL'S BLVD 7TH FLOOR
NORFOLK VA 23510
(757) 389-8942

Summons

To: WALMART INC
CT CORPORATION SYSTEM,RA
4701 COX ROAD
SUITE 285
GLEN ALLEN VA 23060

Case No. 710CL22010592-00

The party upon whom this summons and the attached complaint are served is hereby notified that unless within 21 days after such service, response is made by filing in the clerk's office of this court a pleading in writing, in proper legal form, the allegations and charges may be taken as admitted and the court may enter an order, judgment, or decree against such party either by default or after hearing evidence.

Appearance in person is not required by this summons.

Done in the name of the Commonwealth of Virginia on, Friday, August 12, 2022

Clerk of Court: GEORGE E. SCHAEFER III

by _____
(CLERK/DEPUTY CLERK)

Instructions:

Hearing Official:

Attorney's name: BASHARA, CHARLES
757-622-2675

VIRGINIA: IN THE CIRCUIT COURT FOR THE CITY OF NORFOLK

DAWN SPAULDING
    Plaintiff,

v.

Case Number: 22-10592

PLAINTIFF DEMANDS TRIAL BY JURY

WALMART INC.
    Defendant.

SERVE: WALMART INC.
    R/A: C T CORPORATION SYSTEM
    4701 Cox Road, Suite 285
    Glen Allen, Virginia 23060



FILED AUG 12 2022 NORFOLK CIRCUIT COURT CLERK D.C.

## COMPLAINT

TAKE NOTICE that the undersigned hereby moves this Honorable Court for a judgement and award against you for a sum in the amount of ONE MILLION DOLLARS ($1,000,000.00), together with interest and costs in compensatory damages, including prejudgment interest from the date of injury and post judgment interest on the following grounds:

1. That on the 15th of August, 2020, at approximately 10:30 a.m., the plaintiff, Dawn Spaulding, was lawfully and properly a business invitee of Defendant, Walmart Inc., Facility Number 3644 located at 201 Hillcrest Parkway, Chesapeake, Virginia 23322 (hereinafter "the Premises").

2. That Defendant is a business entity authorized to transact business in the Commonwealth of Virginia and regularly conducts business in Chesapeake, Virginia.

3. On the aforementioned date, Defendant had a duty to keep its premises in a safe condition free from known defects and dangers using reasonable care which said duties Defendant breached. Plaintiff had a right to rely that Defendant's premises was in a reasonable safe condition free from known defects and dangers.

1

4. On the aforementioned date, Defendant through its agents, servants, and/or employees, operated a motorized shopping cart retrieval device in furtherance of its business in a negligent, unreasonable, and unsafe manner, pushing shopping carts it had collected from the parking lot area and other areas into the building beyond an obstruction which the Defendant could not clearly see beyond, striking Plaintiff by surprise and thereby causing Plaintiff great physical injury and emotional pain and suffering.

5. The consequences of Defendant's actions on the aforementioned date caused a foreseeable risk of injury to others and was the sole proximate cause of Plaintiff's injuries.

6. Defendant on the aforementioned date was in a position to warn the Plaintiff of a danger known to the Defendant and unknown and unexpected danger to the Plaintiff which said duty the Defendant breached causing Plaintiff's injuries. Defendant failed to act as an ordinary prudent person would have acted given the circumstances under which Plaintiff suffered injury.

7. That injuries to Plaintiff, including, the shock and distress resulting from this incident have caused, are causing, will and/or may continue to cause inconvenience to the Plaintiff as well as, past and/or future pain and suffering, both mental and physical, and these injuries have required and may continue to require the Plaintiff to expend sums of money for past, present, and future medical care.

8. That the Plaintiff has been unable to perform many of the usual personal affairs of an individual of that age and position in life, and in the future, the Plaintiff will or may continue to be unable to perform all such affairs.

9. The aforesaid injuries will or may continue to disable Plaintiff from other activities formerly associated with the Plaintiff's person and station in life.

10. The Plaintiff demands a trial by jury.

WHEREFORE, the Plaintiff, Dawn Spaulding, seeks judgment against the Defendant, Walmart Inc., in the amount of ONE MILLION DOLLARS ($1,000,000.00), plus interest and costs, including prejudgment interest as provided by statue and all other costs this Honorable Court deems fair and just.

DAWN SPAULDING

By _Chas. L. Bashara_
Of Counsel

Charles L. Bashara
BASHARA AND HUBBARD, PLLC
414 West Bute Street
Norfolk, Virginia, 23510
VSB # 33855
Telephone: (757) 622-2675
Facsimile: (757) 627-4852
Email: charlesbashara@gmail.com

## CERTIFICATION

I hereby certify that I mailed a true copy of the foregoing Complaint to the Registered Agent for the Defendant, Walmart Inc., C T Corporation System 4701 Cox Road, Suite 285, Glen Allen, Virginia 23060 this 12 day of August, 2022.

_Chas L. Bashara_
Charles L. Bashara

3

22-10592

CHARLES L. BASHARA
CHARLES V. BASHARA
(1931 - 2012)

JAMES M. HUBBARD
(1927 - 1974)

CHARLES M. WARD
(1929 - 1976)

**BASHARA & HUBBARD**
ATTORNEYS & COUNSELLORS AT LAW
414 W. BUTE STREET
NORFOLK, VIRGINIA 23510

MAILING ADDRESS:
P.O. BOX 3626
NORFOLK, VIRGINIA 23514
(757) 622-2675
(757) 622-2676
(757) 622-2929
FAX (757) 627-4852
FED I.D. 37-1897940

August 12, 2022

Honorable George E. Schaefer, Clerk
Norfolk Circuit Court
150 St. Paul's Boulevard
Norfolk, Virginia 23510

FILED
AUG 12 2022
NORFOLK CIRCUIT COURT CLERK
BY_____ D.C.

Re:   Dawn Spaulding v. Walmart Inc.
      Filing Complaint

Dear Mr. Schaefer,

Enclosed please find a general tort liability Complaint for filing in connection with the above matter and filing and service fee of $366.00, check number 67806. Kindly forward same to the Sheriff's department for service on:

Walmart Inc.
Registered Agent: C T Corporation System
4701 Cox Road, Suite 285
Glen Allen, Virginia 23060

Thank for your prompt attention to this matter. With kind regards, I am

Very truly yours,

BASHARA & HUBBARD PLLC

*Chas L Bashara*

CHARLES L. BASHARA

cc: C T Corporation System
    Amber Stites, Case Manager II, Walmart Claims Services

**COVER SHEET FOR FILING CIVIL ACTIONS**
COMMONWEALTH OF VIRGINIA

Case No. 22-10592
(CLERK'S OFFICE USE ONLY)

............ Norfolk ............ Circuit Court

Dawn Spaulding ...... v./In re: ...... Walmart Inc.
PLAINTIFF(S) ...... DEFENDANT(S)

I, the undersigned [ ] plaintiff [ ] defendant [x] attorney for [x] plaintiff [ ] defendant hereby notify the Clerk of Court that I am filing the following civil action. (Please indicate by checking box that most closely identifies the claim being asserted or relief sought.)

**GENERAL CIVIL**
**Subsequent Actions**
- [ ] Claim Impleading Third Party Defendant
  - [ ] Monetary Damages
  - [ ] No Monetary Damages
- [ ] Counterclaim
  - [ ] Monetary Damages
  - [ ] No Monetary Damages
- [ ] Cross Claim
- [ ] Interpleader
- [ ] Reinstatement (other than divorce or driving privileges)
- [ ] Removal of Case to Federal Court

**Business & Contract**
- [ ] Attachment
- [ ] Confessed Judgment
- [ ] Contract Action
- [ ] Contract Specific Performance
- [ ] Detinue
- [ ] Garnishment

**Property**
- [ ] Annexation
- [ ] Condemnation
- [ ] Ejectment
- [ ] Encumber/Sell Real Estate
- [ ] Enforce Vendor's Lien
- [ ] Escheatment
- [ ] Establish Boundaries
- [ ] Landlord/Tenant
  - [ ] Unlawful Detainer
- [ ] Mechanics Lien
- [ ] Partition
- [ ] Quiet Title
- [ ] Termination of Mineral Rights

**Tort**
- [ ] Asbestos Litigation
- [ ] Compromise Settlement
- [ ] Intentional Tort
- [ ] Medical Malpractice
- [ ] Motor Vehicle Tort
- [ ] Product Liability
- [ ] Wrongful Death
- [x] Other General Tort Liability

**ADMINISTRATIVE LAW**
- [ ] Appeal/Judicial Review of Decision of (select one)
  - [ ] ABC Board
  - [ ] Board of Zoning
  - [ ] Compensation Board
  - [ ] DMV License Suspension
  - [ ] Employee Grievance Decision
  - [ ] Employment Commission
  - [ ] Local Government
  - [ ] Marine Resources Commission
  - [ ] School Board
  - [ ] Voter Registration
  - [ ] Other Administrative Appeal

**DOMESTIC/FAMILY**
- [ ] Adoption
  - [ ] Adoption – Foreign
- [ ] Adult Protection
- [ ] Annulment
  - [ ] Annulment – Counterclaim/Responsive Pleading
- [ ] Child Abuse and Neglect – Unfounded Complaint
- [ ] Civil Contempt
- [ ] Divorce (select one)
  - [ ] Complaint – Contested*
  - [ ] Complaint – Uncontested*
  - [ ] Counterclaim/Responsive Pleading
  - [ ] Reinstatement – Custody/Visitation/Support/Equitable Distribution
- [ ] Separate Maintenance
  - [ ] Separate Maintenance Counterclaim

**WRITS**
- [ ] Certiorari
- [ ] Habeas Corpus
- [ ] Mandamus
- [ ] Prohibition
- [ ] Quo Warranto

FILED AUG 12 2022
NORFOLK CIRCUIT COURT CLERK
BY _____ D.C.

**PROBATE/WILLS AND TRUSTS**
- [ ] Accounting
- [ ] Aid and Guidance
- [ ] Appointment (select one)
  - [ ] Guardian/Conservator
  - [ ] Standby Guardian/Conservator
  - [ ] Custodian/Successor Custodian (UTMA)
- [ ] Trust (select one)
  - [ ] Impress/Declare/Create
  - [ ] Reformation
- [ ] Will (select one)
  - [ ] Construe
  - [ ] Contested

**MISCELLANEOUS**
- [ ] Amend Death Certificate
- [ ] Appointment (select one)
  - [ ] Church Trustee
  - [ ] Conservator of Peace
  - [ ] Marriage Celebrant
- [ ] Approval of Transfer of Structured Settlement
- [ ] Bond Forfeiture Appeal
- [ ] Declaratory Judgment
- [ ] Declare Death
- [ ] Driving Privileges (select one)
  - [ ] Reinstatement pursuant to § 46.2-427
  - [ ] Restoration – Habitual Offender or 3rd Offense
- [ ] Expungement
- [ ] Firearms Rights – Restoration
- [ ] Forfeiture of Property or Money
- [ ] Freedom of Information
- [ ] Injunction
- [ ] Interdiction
- [ ] Interrogatory
- [ ] Judgment Lien-Bill to Enforce
- [ ] Law Enforcement/Public Official Petition
- [ ] Name Change
- [ ] Referendum Elections
- [ ] Sever Order
- [ ] Taxes (select one)
  - [ ] Correct Erroneous State/Local
  - [ ] Delinquent
- [ ] Vehicle Confiscation
- [ ] Voting Rights – Restoration
- [ ] Other (please specify)

[x] Damages in the amount of $ 1,000,000.00 are claimed.

8-12-2022
DATE

Charles L. Bashara
PRINT NAME
414 W. Bute Street
ADDRESS/TELEPHONE NUMBER OF SIGNATOR
Norfolk, Virginia 23510
charlesbashara@gmail.com
EMAIL ADDRESS OF SIGNATOR (OPTIONAL)

[ ] PLAINTIFF  [ ] DEFENDANT  [x] ATTORNEY FOR  [x] PLAINTIFF  [ ] DEFENDANT

*"Contested" divorce means any of the following matters are in dispute: grounds of divorce, spousal support and maintenance, child custody and/or visitation, child support, property distribution or debt allocation. An "Uncontested" divorce is filed on no fault grounds and none of the above issues are in dispute.

FORM CC-1416 (MASTER) PAGE ONE 07/16

## Civil Action Type Codes
### (Clerk's Office Use Only)

| | |
|---|---|
| Accounting | ACCT |
| Adoption | ADOP |
| Adoption – Foreign | FORA |
| Adult Protection | PROT |
| Aid and Guidance | AID |
| Amend Death Certificate | ADC |
| Annexation | ANEX |
| Annulment | ANUL |
| Annulment – Counterclaim/Responsive Pleading | ACRP |
| **Appeal/Judicial Review** | |
|     ABC Board | ABC |
|     Board of Zoning | ZONE |
|     Compensation Board | ACOM |
|     DMV License Suspension | JR |
|     Employment Commission | EMP |
|     Employment Grievance Decision | GRV |
|     Local Government | GOVT |
|     Marine Resources | MAR |
|     School Board | JR |
|     Voter Registration | AVOT |
|     Other Administrative Appeal | AAPL |
| **Appointment** | |
|     Conservator of Peace | COP |
|     Church Trustee | AOCT |
|     Custodian/Successor Custodian (UTMA) | UTMA |
|     Guardian/Conservator | APPT |
|     Marriage Celebrant | ROMC |
|     Standby Guardian/Conservator | STND |
| Approval of Transfer of Structured Settlement | SS |
| Asbestos Litigation | AL |
| Attachment | ATT |
| Bond Forfeiture Appeal | BFA |
| Child Abuse and Neglect – Unfounded Complaint | CAN |
| Civil Contempt | CCON |
| Claim Impleading Third Party Defendant – Monetary Damages/No Monetary Damages | CTP |
| Complaint – (Miscellaneous) | COM |
| Compromise Settlement | COMP |
| Condemnation | COND |
| Confessed Judgment | CJ |
| Contract Action | CNTR |
| Contract Specific Performance | PERF |
| Counterclaim – Monetary Damages/No Monetary Damages | CC |
| Cross Claim | CROS |
| Declaratory Judgment | DECL |
| Declare Death | DDTH |
| Detinue | DET |
| **Divorce** | |
|     Complaint – Contested/Uncontested | DIV |
|     Counterclaim/Responsive Pleading | DCRP |
|     Reinstatement – Custody/Visitation/Support/Equitable Distribution | CVS |
| **Driving Privileges** | |
|     Reinstatement pursuant to § 46.2-427 | DRIV |
|     Restoration – 3rd Offense | REST |
| Ejectment | EJET |
| Encumber/Sell Real Estate | RE |
| Enforce Vendor's Lien | VEND |
| Escheatment | ESC |
| Establish Boundaries | ESTB |
| Expungement | XPUN |
| Forfeiture of Property or Money | FORF |
| Freedom of Information | FOI |
| Garnishment | GARN |
| Injunction | INJ |
| Intentional Tort | ITOR |
| Interdiction | INTD |
| Interpleader | INTP |
| Interrogatory | INTR |
| Judgment Lien – Bill to Enforce | LIEN |
| Landlord/Tenant | LT |
| Law Enforcement/Public Official Petition | LEP |
| Mechanics Lien | MECH |
| Medical Malpractice | MED |
| Motor Vehicle Tort | MV |
| Name Change | NC |
| Other General Tort Liability | GTOR |
| Partition | PART |
| Permit, Unconstitutional Grant/Denial by Locality | LUC |
| Petition – (Miscellaneous) | PET |
| Product Liability | PROD |
| Quiet Title | QT |
| Referendum Elections | ELEC |
| Reinstatement (Other than divorce or driving privileges) | REIN |
| Removal of Case to Federal Court | REM |
| Restore Firearms Rights – Felony | RFRF |
| Restore Firearms Rights – Review | RFRR |
| Separate Maintenance | SEP |
| Separate Maintenance – Counterclaim/Responsive Pleading | SCRP |
| Sever Order | SEVR |
| Sex Change | COS |
| **Taxes** | |
|     Correct Erroneous State/Local | CTAX |
|     Delinquent | DTAX |
| Termination of Mineral Rights | MIN |
| Trust – Impress/Declare/Create | TRST |
| Trust – Reformation | REFT |
| Uniform Foreign Country Money Judgments | RFCJ |
| Unlawful Detainer | UD |
| Vehicle Confiscation | VEH |
| Violation – Election Law | VEL |
| Voting Rights – Restoration | VOTE |
| Will Construction | CNST |
| Will Contested | WILL |
| **Writs** | |
|     Certiorari | WC |
|     Habeas Corpus | WHC |
|     Mandamus | WM |
|     Prohibition | WP |
|     Quo Warranto | WQW |
| Wrongful Death | WD |